1 | **COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
2 | Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
3 | 190 The Embarcadero
San Francisco, CA 94105
4 | Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
BRUSCO TUG & BARGE, INC.

**BRODSKY MICKLOW BULL**
**& WEISS LLP**
Kurt Micklow (SBN 113974)
Edward M. Bull, III (SBN 141996)
384 Embarcadero West, Suite 200
Oakland, CA 94607
Telephone No.: 510-268-6181
Facsimile No.: 510-268-618

Attorneys for Defendant CRAIG HEIHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BRUSCO TUG & BARGE, INC. | ) | Case No.: CV 11-0250 EJD |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **SELECTING ADR PROCESS** |
| | ) | |
| | ) | Civ. L.R. 16-8; ADR L.R. 3-5 |
| CRAIG HEIHN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Following the teleconference with the Court's ADR Program Legal Staff on Tuesday, May 10, 2001, counsel for the parties have met and conferred regarding ADR and have reached the following stipulation which is meant to supersede their previous stipulation filed on April 1, 2011 (Docket No. 11).

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SEA.Heihn/2931

-1-   Case No. CV 11-0250 EJD
STIPULATION AND ORDER RE ADR PROCESS

The parties agree to participate in private mediation provided by JAMS or a similar professional ADR provider. The parties further agree that they will complete private mediation at least 90 (ninety) days before trial.

Dated: May 13, 2011

    /s/ Max L. Kelley
Richard C. Wootton (SBN 88390)
Max L. Kelley (SBN 205943)
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff BRUSCO TUG & BARGE, INC.

Dated: May 13, 2011

    /s/ Kurt Micklow
BRODSKY MICKLOW BULL & WEISS LLP
Kurt Micklow (SBN 113974)
Edward M. Bull, III (SBN 141996)
384 Embarcadero West, Suite 200
Oakland, CA 94607
Telephone No.: 510-268-6181
Facsimile No.: 510-268-6181

Attorneys for Defendant CRAIG HEIHN

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation. The deadline for the completion of private mediation is 90 (ninety) days before trial.

**IT IS SO ORDERED.**

Dated: May 17, 2011

    _____
U.S. DISTRICT COURT JUDGE

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

SEA.Heihn/2931

-2-   Case No. CV 11-0250 EJD
STIPULATION AND ORDER RE ADR PROCESS