1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Richard C. Wootton (SBN 88390)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Plaintiff
6  BRUSCO TUG & BARGE, INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/14/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUSCO TUG & BARGE, INC. <br><br> Plaintiff, <br><br> v. <br><br> CRAIG HEIHN <br><br> Defendant. | Case No.: CV 11-0250 EJD <br><br> **STIPULATION TO DISMISS** <br><br> [F.R.C.P. 41(a)(1)(ii)] |

WHEREAS, the parties to this action have agreed to a settlement of all claims;

/ / /

/ / /

/ / /

/ / /

/ / /

SEA.Heihn/2931

-1-                Case No. CV 11-0250 EJD

1 IT IS HEREBY STIPULATED by and between the parties and through their respective counsel of record that this action be dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1) and that the endorsement of this agreement may be made by counterpart signatures.

The Clerk shall close this file.

Dated: June 13, 2011

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Plaintiff BRUSCO TUG & BARGE, INC.

By: _____/s/ Max L. Kelley_____
      Richard C. Wootton
      Max L. Kelley

Dated: June 13, 2011

By: _____/s/ Kurt Micklow_____
BRODSKY MICKLOW BULL & WEISS LLP
Kurt Micklow (SBN 113974)
Edward M. Bull, III (SBN 141996)
384 Embarcadero West, Suite 200
Oakland, CA 94607
Telephone No.: 510-268-6181
Facsimile No.: 510-268-6181

Attorneys for Defendant CRAIG HEIHN

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

SEA.Heihn/2931